## W. E. PRESTON V. THE STATE.

No. 10278.  Delivered June 23, 1926.

**Negligent Homicide—Evidence—Held Sufficient.**

On an indictment charging murder, appellant was convicted of negligent homicide in the second degree. No bills of exception appear in the record, and an examination of the statement of facts discloses that the evidence was ample to support the conviction, and the judgment is affirmed.

Appeal from the District Court of Childress County. Tried below before the Hon. R. L. Templeton, Judge.

Appeal from a conviction for negligent homicide in the second degree, punishment sixty days in the county jail.

*W. B. Howard* of Childress, for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—Upon an indictment for murder, appellant was convicted of negligent homicide in the second degree, punishment fixed at confinement in the county jail for a period of sixty days.

The record is void of bills of exceptions.

It appears in the statement of facts that the deceased came

to his death through the discharge of a pistol in the hands of the appellant.

No brief has been filed. Our examination of the facts adduced upon the trial leaves us of the opinion that the evidence sufficiently supports the verdict. A recital of the facts is deemed unnecessary.

The judgment is affirmed.                                *Affirmed.*